UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CLINTON T. ELDRIDGE,

    Petitioner,

v.

R. WILEY,

    Respondent.

Case No. 05-cv-73-JPG

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Clinton T. Eldridge's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is denied, that judgment is entered in favor of respondent R. Wiley and against petitioner Clinton T. Eldridge, and that this case is dismissed with prejudice.

**DATED:** September 11, 2008      NORBERT JAWORSKI, CLERK

                                                         s/Brenda K. Lowe, Deputy Clerk


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**